UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard A. Hilton, Sr

    v.                    Civil No. 09-cv-86-SM

Northern NH Correctional
Facility, Warden


                            ORDER

    Re: Document No. 19, Answer

    Ruling: To the extent petitioner intends his pleading entitled "Answer" as an objection to the magistrate judge's Report and Recommendation, it is untimely as filed. But the apparent date of execution and the "prison mail rule" probably combine to render it timely - it is not possible to know definitively because no representations are made with regard to mailing. Giving petitioner the benefit of the doubt, I will consider the Answer as an objection, and reconsider the order entered on February 12, 2010. Having reconsidered that order, I reaffirm it. Judgment shall enter in accordance with the order docketed as document no. 18.

                                              Steven J. McAuliffe
                                              Chief Judge

Date:  February 22, 2010

cc:  Richard A. Hilton, Sr.